## MUMAW *v.* TURNER, RECEIVER.

[No. 21,035. Filed June 28, 1907.]

From Elkhart Superior Court; *Vernon W. Van Fleet*, Judge.

Action by Perry L. Turner, receiver of the Indiana National Bank, against Henry A. Mumaw. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*Robert E. Proctor*, for appellant.
*Perry L. Turner*, for appellee.

GILLETT, J.—To a complaint on a promissory note appellant interposed a special plea challenging the jurisdiction of the court below on the ground of the alleged unconstitutionality of the act creating it. Acts 1907, p. 7, §1574 *et seq.* Burns 1908. A demurrer was sustained to said answer, and the propriety of said ruling is now drawn in question. In the cases of *Board, etc.,* v. *Albright* (1907), 168 Ind. 564, and *Harlin* v. *Schafer* (1907), *ante*, 1, we disposed of all questions which would afford appellant any ground for challenging said act, and on the authority of those cases the judgment of the court is affirmed.

## THE STATE *v.* METSKER.

[No. 21,092. Filed January 17, 1908.]

From Marshall Circuit Court; *Harry Bernetha*, Judge.

Prosecution by the State against Clay W. Metsker. From a judgment for defendant, the State appeals. *Affirmed.*

*James Bingham*, Attorney-General, *A. G. Cavins, H. M. Dowling, E. M. White* and *J. A. Molter*, for the State.
*Charles Kellison* and *S. N. Stevens*, for appellee.

GILLETT, J.—By the indictment in this case it was sought to charge appellant with the offense of knowingly presenting a false or fraudulent claim to a township trustee. The claim alleged to have been presented was on account of service rendered in the publication of the financial report of said officer. Appellee's motion to quash was sustained, and the State appeals. The indictment is framed in substantially the same manner as in *State* v. *Metsker* (1908), *ante*, 555. On the authority of that case, we hold that a public offense was not stated.

The appeal is not sustained.